UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHNNY BLANDING,

                                    Petitioner,

                    -against-

WARDEN,

                                    Respondent.

20-CV-5588 (CM)

ORDER OF DISMISSAL

COLLEEN McMAHON, Chief United States District Judge:

By order dated July 21, 2020, the Court directed Petitioner, within thirty days, to submit a completed request to proceed *in forma pauperis* ("IFP application") or pay the $5.00 in fees required to file a petition for a writ of *habeas corpus* in this Court.[1] That order specified that failure to comply would result in dismissal of the petition. Petitioner has not filed an IFP application  or paid the fee. Accordingly, the petition is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Clerk of Court is directed to mail a copy of this order to Petitioner and note service on the docket. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

Dated:    August 24, 2020
          New York, New York

                                        COLLEEN McMAHON
                                        Chief United States District Judge

---

[1] Petitioner filed a *habeas* petition challenging his 2013 conviction, *Blanding v. Yelich*, ECF 1:17-CV-1762, 23 (S.D.N.Y. Oct. 10, 2018). He also filed *habeas* petitions that were transferred to the United States Court of Appeals for the Second Circuit. *Blanding v. Yelich*, ECF 1:19-CV-1765, 2 (S.D.N.Y. Mar. 5, 2019), *authorization denied*, 19-0568 (2d Cir. Apr. 25, 2019); *Blanding v. Warden*, No. ECF 1:20-CV-5308, 2 (S.D.N.Y. Jul. 10, 2020) (transferred), No. 20-2202 (2d Cir.).